NUMBER 13-09-00061-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG






IN RE: JOSE MANUEL TREJO






On Petition for Writ of Mandamus.






MEMORANDUM OPINION



Before Chief Justice Valdez and Justices Yañez and Benavides


Per Curiam Memorandum Opinion (1)



 Relator, Jose Manuel Trejo, pro se, filed a petition for writ of mandamus in the
above cause on February 9, 2009, through which he contends that the trial court committed
charge error in 1986 in connection with relator's conviction for burglary. According to
relator, his conviction has already been the subject of direct appeal and a writ of habeas
corpus. 

 Mandamus relief may be granted if the relator shows that: (1) the act sought to be
compelled is purely ministerial; and (2) there is no adequate remedy at law. See Deleon
v. Dist. Clerk, 187 S.W.3d 473, 474 (Tex. Crim. App. 2006) (orig. proceeding). The relator
must have a "clear right" to the relief sought and the merits of the relief sought must be
"beyond dispute." See id. "The requirement of a clear legal right necessitates that the law
plainly describes the duty to be performed such that there is no room for the exercise of
discretion." See id. 

 The Court, having examined and fully considered the petition for writ of mandamus,
is of the opinion that relator has not shown himself entitled to the relief sought. 
Accordingly, the petition for writ of mandamus is DENIED. See Tex. R. App. P. 52.8(a). 



 

 PER CURIAM




Do not publish. See Tex. R. App. P. 47.2(b).


Memorandum Opinion delivered and filed

this the 13th day of February, 2009.

 


 

1. See Tex. R. App. P. 52.8(d) ("When denying relief, the court may hand down an opinion but
is not required to do so."); Tex. R. App. P. 47.4 (distinguishing opinions and memorandum opinions).